(94 South. 185)

### DAVIS v. STANLEY. (8 Div. 900.)

(Court of Appeals of Alabama. Oct. 24, 1922.)

Appeal and error ⊂⊃197(3)—Refusal of af-firmative charge held not error in absence of objection to evidence on ground of vari-ance.

Where the cause was submitted to the jury on the plea of general issue, and evidence was introduced without objection on the ground of a variance, it was not error to refuse defend-ant's request for a general affirmative charge, in view of circuit court rule 34 (175 Ala. xxi).

Appeal from Circuit Court, Jackson Coun-ty; W. W. Haralson, Judge.

Action on account by G. E. Stanley against J. P. Davis. From a judgment for plaintiff, defendant appeals. Affirmed.

Bouldin & Wimberly, of Scottsboro, for ap-pellant.

The testimony being at entire variance with the complaint, the defendant was en-titled to the affirmative charge. 52 Ala. 528; 163 Ala. 562, 50 South. 1023; 115 Ga. 156, 41 S. E. 686.

Milo Moody, of Scottsboro, for appellee.

Brief of counsel did not reach the Re-porter.

SAMFORD, J. The only assignment of er-ror is the court's refusal to give at the re-quest of defendant the general affirmative charge. The cause was submitted to the jury on the plea of the general issue, evidence was introduced without objection, and the court charged the jury defining the issues as made by the evidence.

"In all cases where there is a variance be-tween the allegations and the proof and which could be cured by amendment to the pleading, * * * the trial court will not be put in error for refusing the general charge predicated upon such variance, unless it appears from the rec-ord that the variance was brought to the at-tention of the trial court by a proper objection to the evidence." Circuit court rule 34 (175 Ala. xxi).

The appellant failed to comply with this rule, and on that ground is not entitled to a reversal.

Let the judgment be affirmed.

Affirmed.